# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ENGINE COMPONENTS AND MACHINE INC., a corporation; LEPAK JOHN R TR, a trust,<br><br>　　　　Defendants | Case No.: 8:21-cv-00295-JLS- KES<br><br><br>**ORDER DISMISSING ACTION** |

## JOINT STIPULATION OF DISMISSAL PROPOSED ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Dated: July 14, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1